UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

REVERS, JOHNNY L                                             CASE NO. 18-11443 REG
                                                                                              CHAPTER 7
DEBTOR.

**TRUSTEE'S INVENTORY OF ASSETS OF ESTATE
AND REQUEST FOR NOTICE TO CREDITORS**

Comes now Dustin M. Roach, duly qualified Trustee of the above-captioned Debtors' estate, and hereby submits this inventory and report of property of the estate of the Debtors.

All of the non-exempt assets of the estate of which he is presently aware, together with approximate values (exact values for assets in the Trustee's possession), but with no value shown where valuation is problematical, or possession disputed, are as follows: **Income Tax Refunds.**

This inventory and report of property is made pursuant to Federal Rule Of Bankruptcy Procedure 2015 and lists the entirety of the estate. Some of the property listed, or portions thereof, may not materialize into assets of the estate of sufficient value to economically reduce to cash.

Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

I certify under the penalty of perjury that the foregoing inventory and report of property of the estate is true.

Dated: September 10, 2018

                                                               /S/Dustin M. Roach, #6583-18
                                                                Chapter 7 Panel Trustee
                                                                436 E Wayne Street
                                                                Fort Wayne, Indiana   46802
                                                                Telephone:   (260) 424-8132
                                                                dmrtrustee@vgtlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on September 10, 2018:

JEFFREY S. ARNOLD (CC)                  Office of U.S. Trustee
JSARNOLDLAW@JEFFARNOLDLAW.COM     USTPREGION10.SO.ECF@USDOJ.GOV

                                                 /s/ Dustin M. Roach
                                                 Dustin M. Roach